A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                          | )  |                |
|--------------------------|----|----------------|
| Plaintiff(s)             | )  | **APPEARANCE** |
|                          | )  |                |
|                          | )  |                |
| vs.                      | )  | CASE NUMBER    |
|                          | )  |                |
|                          | )  |                |
| Defendant(s)             | )  |                |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
                              (Attorney's Name)

case for:_____
                         (Name of party or parties)


_____       \_\_S/ MICHAEL G. MCLELLAN\_
Date                                 Signature

                                     _____
_____       Print Name
BAR IDENTIFICATION
                                     _____
                                     Address

                                     _____
                                     City         State         Zip Code

                                     _____
                                     Phone Number