UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSIM KETITA, on behalf of himself and all others similarly situated  ) ) ) | |
| Plaintiff,  ) ) | Civil Action No.  06-cv-0680 Judge Reggie B. Walton |
| v.  ) ) | |
| NATIONAL ASSOCIATION OF SECURITIES DEALERS AND EDS CORPORATION  ) ) ) | |
| Defendants.  ) | |

### WAIVER OF SERVICE OF SUMMONS

TO:   Michael G. McLellan
      FINKELSTEIN, THOMPSON, AND LOUGHRAN
      1050 30th Street, NW
      Washington, D.C. 20007

   I acknowledge receipt of your request that I waive service of a summons in the above-captioned action. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **April 3, 2006** (date request was sent).

4/4/2006
Date

William M. Jay, Esquire
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
*Attorney for Defendant National Association of Securities Dealers*