UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSIM KETITA, on behalf of himself and all others similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS AND EDS CORPORATION<br><br>    Defendants. | Case No. 06-0580 (JDB) |

## NOTICE OF RULING ON MOTION TO TRANSFER

Please take notice that, on June 27, 2006, the Judicial Panel on Multidistrict Litigation ("Panel") ordered the above-captioned action to be transferred to the District Court for the District of Columbia for coordinated or consolidated pretrial proceedings. The Panel's order is attached hereto as Attachment A. This Notice is given pursuant to the Order issued by the Honorable Reggie G. Walton on April 11, 2006.

Dated: July 7, 2006

                                              Respectfully Submitted,

                                              /S/ *MICHAEL G. MCLELLAN*
                                              Richard M. Volin (D.C. Bar # 457292)
                                              Michael G. McLellan (D.C. Bar # 489217)
                                              **FINKELSTEIN, THOMPSON & LOUGHRAN**
                                              1050 30th St., NW
                                              Washington, DC 20007
                                              Tel: (202) 337-8000
                                              Fax: (202) 337-8090

Steven A. Schwartz
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Benjamin R. Picker
**HAMBURG, RUBIN, MULLIN,**
**MAXWELL & LUPIN, P.C.**
375 Morris Road
P.O. Box 1479
Lansdale, PA 19446-0773
Telephone: (215) 661-0400
Facsimile: (215) 661-0315

*ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

      I, Michael McLellan, hereby certify that I served the within Notice Of Ruling on Motion to Transfer on the parties on the attached service list by first class mail on July 7, 2006.

      */S/ MICHAEL G. MCLELLAN*
Michael G. McLellan (D.C. Bar # 489217)
**FINKELSTEIN, THOMPSON &**
      **LOUGHRAN**
1050 30th St., NW
Washington, DC 20007
Tel: (202) 337-8000
Fax: (202) 337-8090

## SERVICE LIST

Stephen N. Berk, Esq.
Cuneo Gilbert & Laduca, LLP
507 C Street, NE
Washington, DC 20002
*Attorney for William Lowe, Linda Cutler, Jennifer Hester, and Jason Plunkett*

Nancy M. Juda, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
*Attorney for Timothy Wallin*

Fred Fox, Esq.
Laurence King, Esq.
Donald Hall, Esq.
Kaplan Fox & Kilsheimer LLP
805 Third Ave., 22nd Floor
New York, NY 10022
*Attorneys for Geuorgui Ivanov*

James P. Karen, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515
*Attorney for EDS Corp.*

Joseph F. Warin
William Jay
Gibson, Dunn & Crutcher, LL.P
1050 Connecticut Ave, NW
Washington, D.C. 20036
*Attorneys for NASD*

Thomson Prometric, Inc.
Attention: General Counsel
1000 Lancaster Street
Baltimore, MD 21202
*Attorney for Thomson Prometric, Inc.*

Emerson Poynter LLP
2228 Cottondale Lane, Suite 100
Little Rock, AR 72202
*Attorney for Skylar S. Jordan*

E. Powell Miller
Mantese, Miller and Shea, P.L.L.C.
1301 West Long Lake Rd.
Suite 135
Troy, MS 48098
*Attorney for Jason Crockett and Maxwell Janis*

Steven A. Schwartz
Chimicles & Tikellis
One Haverford Centre
Haverford, PA 19041
*Attorney for Thomas Ribeiro*

John Balestriere
Balestriere, PLLC
225 Broadway, Suite 2700
New York, NY 10007
*Attorney for Andrew Crabbe and Linda Cutler*

Gerald E. Martin
Barrett, Johnston & Parsley
217 Second Avenue North
Nashville, TN 37201
*Attorney for Jason Plunkett*

James F. Rittinger, Esq.
Saterlee, Stephens, Burke & Burke, LLP
230 Park Ave.
11th Floor
New York, NY 10169
*Attorney for Thompson Prometric, Inc. and The Thompson Corporation*

Scott E. Poynter, Esq.

Dennis E. Murray, Jr.
Murray & Murray Co., L.P.A.
11 E. Shoreline Drive
PO Box 19
Sandusky, OH 44871-0019

*Attorney for Atal Varma*

Joseph Tacopina
Arthur L. Aidala & Associates, P.C.
597 Fifth Avenue
New York, NY 10017

*Attorney for James Bruen*